FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 1 5 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CRIMINAL NO. 23-1256 MLG |
| vs. | ) ) ) | 18 U.S.C. §§ 1153 and 1112: Involuntary Manslaughter. |
| KYLE JOSEPH HARNEY-CHEE, | ) ) | |
| Defendant. | ) | |

### INFORMATION

The United States Attorney charges:

On or about January 16, 2021, in Indian Country, in Santa Fe County, in the District of New Mexico, the Defendant, **KYLE JOSEPH HARNEY-CHEE**, an Indian, unlawfully killed John Doe, by operating a motor vehicle without due caution and circumspection and with a wanton and reckless disregard for human life when he knew and should have known that his conduct imperiled the life of John Doe.

In violation of 18 U.S.C. §§ 1153 and 1112.

ALEXANDER M.M. UBALLEZ
United States Attorney

*[signature]*

MATTHEW J. MCGINLEY
Assistant United States Attorney