# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET
### BEFORE THE HONORABLE MATTHEW L. GARCIA

| | | | |
|---|---|---|---|
| CR No: | 23-1256 MLG | USA vs. | Harney-Chee |
| Date: | 2/6/24 | Defendant: | Kyle Joseph Harney-Chee |

| | | | |
|---|---|---|---|
| Time In/Out: | 3:29 – 3:52 | Total Time in Court: | 23 minutes |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Mark Probasco | Defendant's Counsel: | D. Eric Hannum |
| Courtroom: | Gila | Probation Officer: | D. Martinez |
| Interpreter: | n/a | Interpreter Sworn? | ☐ Choose an item. |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | Plea | | As to: Information | Counts: | 1 |
| Guilty Plea: | Accepted | | Plea Agreement: | Accepted | |
| Date of Plea/Verdict: | 8/15/23 | PSR: Not Disputed | ☒ Courts adopts PSR Findings | Evidentiary Hrg: | Not Needed |
| Exceptions to PSR: | | | | | |

## SENTENCE IMPOSED

| **IMPRISONMENT (BOP):** | 30 months |
|---|---|

| ☒ 500-Hour Drug Program | ☐ BOP sex-offender treatment program | Other: |
|---|---|---|

| **SUPERVISED RELEASE:** | 3 years | ☒ Mandatory/Standard Conditions |
|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Defendant must participate in/successfully complete outpatient substance abuse treatment program & grant waiver of confidentiality. | ☒ | Defendant must submit to substance abuse testing to determine if you have used a prohibited substance; Testing shall not exceed 60 tests per year |
| ☒ | Defendant must submit to a search of your person, property, residence, vehicle, papers, computers (as defined in 18USC1030(e)(1)), other electronic communications or data storage devices or media, or office under your control. | ☒ | Defendant must not use or possess alcohol; You may be required to submit to alcohol testing that may include urine testing, a remote alcohol testing system, and/or alcohol monitoring technology program to determine if you have used alcohol; Testing shall not to exceed 4 tests per day. |
| ☐ | Defendant must not knowingly purchase, possess, distribute, administer, or otherwise use any psychoactive substances that impair your physical or mental functioning, whether or not intended for human consumption. | ☐ | Defendant must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia, as defined in 21 U.S.C. 863(d). |
| ☒ | Defendant must participate in mental health treatment program and follow rules and regulations of the program; You shall waive your right of confidentiality. | ☐ | Defendant must take all mental health medications as prescribed by the treating physician. |

### MONETARY PENALTIES / FORFEITURES

| Fine: $ | -0- | Restitution: $ | -0- | SPA: $ | 100.00 | Due Immediately |
|---|---|---|---|---|---|---|

Forfeit rights title & interest to:

### OTHER

| | |
|---|---|
| ☒ Waived Appeal Rights per Plea Agreement | ☒ Held in Custody |
| ☒ Recommended place(s) of incarceration: Black Canyon, AZ., to be near family. | |
| ☐ Dismissed Counts: | |

### PROCEEDINGS

Court in session – parties state appearances; Court outlines documents reviewed for sentencing; Mr. Probasco addresses Court re: 11c1C agreement; Mr. Hannum addresses Court re: 11c1C agreement; Defendant addresses Court; Court will accept plea agreement and imposes sentence; Mr. Probasco states no claim for restitution has been made and does not expect a request to be forthcoming; Officer Martinez answers Court's question re: the requested fine; Mr. Probasco responds; Court will not impose a fine; Mr. Probasco has nothing to add; Mr. Hannum requests BOP placement.